UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NKOSI SADIKI BRAUN
AUBREY DRAKE GRAHAM

Write the full name of each plaintiff.

_____ CV _____

(Include case number if one has been assigned)

-against-

DWAYNE A NASH
OPRAH WINFREY
[scribbled out]
MICHELE E KENNEDY

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

Jonathan Clayluthrom
Timothy Bostock
Danielle Bales
Cassandra Rosa Wilson
Calum Lumrren

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

- ☐ Federal Question
- ☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

The crime of moral turpitude to use electromagnetic manipulation (neuralink) to prevent me ~~from~~ and my boss from working together to ~~even~~ ~~without~~ notification record my life's ~~my~~ private thought for the last 15 years as of Nov. 2024 while in hidden

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Nyasi Brown (ASA 15 years) naturalized in Hartford, CT, 2000
(Plaintiff's name)

Connecticut
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

Antigua & Barbuda

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __Dummie Nash__, is a citizen of the State of
(Defendant's name)
__Trinadad & Tobago New York__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of
__Trinad & Tobago__.

If the defendant is a corporation:

The defendant, __Dummie Nash__, is incorporated under the laws of

the State of __New York__

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Noel__ | __S__ | __Bram__
First Name | Middle Initial | Last Name

__1415 Oakvilld Rd__
Street Address

__Alcolu__ | __SC__ | __29001__
County, City | State | Zip Code

__803-720-7300__
Telephone Number | Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Oprah Winfrey
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 2: Calvin Warren
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 3: Timothy Bostwick
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

2009
15
____
2009

Defendant 4: Jonathan Humphr[...]
First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: STAMFORD CT / NYC, NY

Date(s) of occurrence: NOV 2009 / Thursday

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Thanksgiving 2009 I sat in front of the TV and as I was watching the Hallmark I heard first Dwayne Nashs voice and then Jon Humphr but did not see their faces.

I had sent Dwayne a mass my business plan but he didnt send an email with text he instead tried me into coming over to witness ("straight Jon Humph go with the show with Michele Etun[...] Michele had assaulted me and I had no plans of voluntarily going to see them again!

The ox morng I went to St. John Divine and then Vichy Sinha screen y Alk
cars

Page 5

The last time I saw Michele Kenny he was interestingly dressed not in a black suit. I said I mean no disrespect and asked him about his book of poems. He said He was being nice and then said Don't talk to me again, but as his last text says "I am straight come over" why was he upset with me?

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

If a conspiracy to use the TV to confused my communication no too I don't know.

I am an poor actor etc but as I had pity for Jim I thought

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

He would accept that as he approach me because he knew my that he would accept a plutonic business relationship.

Because He is in my Brain try to State Ten grand and intend to involuntarily commit me Because they want me to commit suicide. (over)

Page 6

As the White House Intern, I sued for the point and only wish to be paid $150,000 salary a year (with Dividends out of your profit Bonus)

Because I have a comprehensive economy plan to make America great again. But Oprah want to stop me because she wants her legacy to win some great amount of money when all I want is to ~~top~~ help all able to work and prosper — But they hate me because the person who loves me (recently) has been saying and they DNA want us to both be wealthy and help others.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: Nov 15, 2024

Plaintiff's Signature: [signature]

First Name: Newul  Middle Initial: S  Last Name: Brown

Street Address: 1415 Garrett Rd

County, City: Alcolu   State: SC   Zip Code: 29001

Telephone Number: 803-720-7300

Email Address: presseTrump.org.com

IAB@NYPD.org

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes  ☐ No   TBostick@Barrister.Bowell.com

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

PLEASE EMAIL to:
avosoundrecords@gmail.com
Dwayne.Nash@gmail.com
okle@yahoo.com
clunn2@emory.edu
michele.e.kennedy.e@gmail.com

oprahmanagement@gmail.com
lassmediarosa25@gmail.com

Page 7