UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NKOSI SADIKI BRAUN,

                    Plaintiff,

        -against-

DWAYNE A. NASH, ET AL.,

                  Defendants.

24-cv-8870 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 22, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 29, 2025
         New York, New York

                  /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
            Chief United States District Judge